# EXHIBIT A



# 800-487-4308 toll free
## www.pcccredit.com

At Pharmaceutical Credit Corporation, we pride ourselves in offering our customers responsive, competent and excellent service. Our clients are the most important part of our business and we work tirelessly to ensure complete satisfaction while simplifying the return and disposal of expired controlled substances and insuring DEA compliance.

For over 22 years, Pharmaceutical Credit Corporation has been recognized as a DEA Licensed Reverse Distributor. Our excellence in service and commitment to being one of the **lowest cost providers** for return services is why thousands of veterinary practices rely on Pharmaceutical Credit Corporation. We don't require contracts, our pricing is highly competitive and we work hard to streamline the process for you.

Please find instructions and forms attached to complete your pharmaceutical return. We encourage you to contact us at any time with any questions, comments and feedback.

Thank you for considering Pharmaceutical Credit Corporation,

Best Regards,


Ryan Collins
Veterinary Services
Pharmaceutical Credit Corporation

---

According to the DEA "Practitioner's Manual - An Informational Outline of the Controlled Substances Act" – Section IV (Record Keeping Requirements) - DEA regulations state:

> "Disposal of Controlled Substances
>
> A practitioner may dispose of out-of-date, damaged, or otherwise unusable or unwanted controlled substances, including samples, by transferring them to a registrant who is authorized to receive such materials. These registrants are referred to as "Reverse Distributors."... Schedule I and II controlled substances should be transferred via the DEA Form 222, while Schedule III–V compounds may be transferred via invoice. The practitioner should maintain copies of the records documenting the transfer and disposal of controlled substances for a period of two years."
>
> Download this valuable manual at http://www.deadiversion.usdoj.gov/pubs/manuals/pract/index.html

---

130 SEABOARD LANE, SUITE A-6, FRANKLIN, TENNESSEE 37067
(800) 487-4308 (office) (615) 373-7727 (fax)



# EASY STEPS TO COMPLETE YOUR RETURN

## Veterinary Services Client Information Form

### RETURNED GOODS PROCESS

- Complete the New Customer Information section below
- Complete the Certification of Transfer and Destruction of Controlled Substance Form for all controlled pharmaceuticals. (NOTE: Schedule III – V on one form, and Schedule II on a separate form)
- Fax the following information to PCC at (615) 373-7727
    - New Customer Information
    - Copy of DEA Registration
    - Certificate of Transfer and Destruction of Controlled Substance Form(s)
- If a 222 Form is required: (Schedule II's only):
    - PCC will generate the 222 and return by mail upon receipt;
    - After you receive the 222 Form;
    - Complete the 222 (Instructions will be provided with the 222);
    - Include a copy of the Certificate of Transfer and Destruction of Controlled Substance Form in the box with the product.
- If a 222 Form is not required: (Schedule III through V's):
    - Box the product and put a copy of the Certificate of Transfer and Destruction of Controlled Substance Form in the box;
    - Ship to PCC
- Pharmaceutical Credit Corporation shipping address:
    - Pharmaceutical Credit Corporation
      130 Seaboard Lane
      Suite A-6
      Franklin, TN 37067
      (615) 373-4262

Customer Name: _____

Contact Person: _____

Address: _____

City/State/Zip: _____

Phone / Fax: _____ / _____

E-Mail: _____

DEA Number: _____

DEA Expiration: _____

## Certification of Transfer and Destruction of Controlled Substance
# PHARMACEUTICAL CREDIT CORPORATION

(615) 373-4262 • (800) 487-4308 • FAX (615) 373-7727

**SCHEDULE II ONLY: MUST BE ON A SEPARATE FORM**
SCHEDULE III, IIIN, IV, & V MAY BE ON SAME FORM
MUST PRINT IN INK ON THIS FORM:

FROM:

**PCC**

TO: PHARMACEUTICAL CREDIT CORPORATION ®

130 Seaboard Lane, Suite A-6
Franklin, TN 37067
DEA# RP0209456
800-487-4308
Fax (615) 373-7727

Print name of
Pharmacy Contact: _____
Agent's Name: _____

DEA#          Phone#

NOTE: Certified Mail (Return Receipt Request) is required for shipments of drugs via U.S. Postal Service:
The following schedule is an inventory of controlled substances which is hereby surrendered to you for proper destruction

| | DEA CLASS | NAME OF DRUG OR PREPARATION | Number of Containers | CONTENTS (Number of Grams, tablets, Ounces Etc) | Controlled Substance content (Each Unit) | NDC# | MANUFACTURER NAME | INITIAL |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |

Date _____ 20 ____     Completed By _____
Date _____ 20 ____     Received By _____ (∂)
                                  Audited By _____
Date _____ 20 ____     Destroyed By _____
                                  Witnessed by _____

# PCC PHARMACEUTICAL CREDIT CORPORATION®

Toll-Free: **800-487-4308**          Website: **PCCCredit.com**

**DEA Instructions for Returning Scheduled Drugs for destruction.**

1. **Fill out the Customer Name, DEA Number, Pharmacy Contact, and Phone Number at the top portion of this form.**

2. **Please use a separate certificate of transfer form for Schedule II drugs.**

3. Please list information in the appropriate column:

   Column 1: Enter the DEA classification of the item.
   Column 2: Enter the name of the drug preparation.
   Column 3: Enter the number of containers. A container is defined as a bottle, box, package, punch card, etc. You may wish to consider the box which all items are shipped in to be the container, ie. 1.
   Column 4: Enter the contents or number of units per container (e.g. 1 gram, 2 ounces, 2 tablets, etc.). The number of contents may be considered to be the total number of tabs, caps, amps, vials, ml's, etc.
   Column 5: Controlled substance content. This would be the strength of each tab, cap, amp, vial, etc. In the case of syrups, or other liquids this would be the strength per ml.
   Column 6: Enter the NDC number if it is a Schedule 2 & 3N. NDC isn't required for 3 through 5.
   Column 7: Enter the Manufacturer's name if schedule 2. Not required for 3 through 5.

4. All items entered on each line must be identical in terms of content, package size, strength, and NDC number.

5. Upon completion of form, please write your name and date in the <u>completed by</u> section. Keep a copy for your records. Fax form to PCC at 615-373-7727.

6. **IMPORTANT:** Enclose a copy of your current DEA registration when shipping products.

7. You may ship all items in one container, but please package all classifications separately within the same shipping container. Please include a copy of the Certificate of Transfer and Destruction with your shipment.
   * If you have schedule 2's, we will transcribe from your certificate of transfer form to a 222 form. When you receive the 222 form, fill out the supplier portion of the form and forward the green copy to your local DEA office.

   Mail us your box of controls to:

   Ship to: Pharmaceutical Credit Corporation
   130 Seaboard Lane, Suite A-6
   Franklin, TN 37067
   800-487-4308 (office)
   615-373-7727 (fax)

8. A copy will be returned to you as your proof of receipt. This will also serve as a receipt of destruction.

**\*\*Remember to put the NDC number on the certificate of transfer form for schedule 2's. DO NOT send Schedule 2's without receiving the 222 form.**

*\*\*If this fax transmittal has been received in error, please call 800-487-4308*