UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EXCLUSIVELY CATS VETERINARY
HOSPITAL, P.C.,

      Plaintiff,                                  Case Number 13-14376

v.                                                Honorable David M. Lawson

PHARMACEUTICAL CREDIT
CORPORATION and JOHN DOE
NOS. 1-10,

      Defendants.
_____/

## ORDER DENYING MOTION TO CERTIFY CLASS

The plaintiff filed its complaint on October 16, 2013. On October 17, 2013, the plaintiff filed its motion to certify class, without a supporting brief. The plaintiff asserted in its motion that it intends to file a supporting brief once discovery is completed on the issue of class membership. However, motions may not be filed unless "accompanied by a single brief." E.D. Mich. LR 7.1(d)(1). The plaintiff does not have the option to submit one later. The Court finds that it would be inappropriate to address the plaintiff's motion to certify class based on the present record. The plaintiff has not furnished sufficient information to justify the relief it seeks.

Accordingly, it is **ORDERED** that the plaintiff's motion to certify class [dkt. #4] is **DENIED**.

                                                    s/David M. Lawson
                                                    DAVID M. LAWSON
                                                   United States District Judge

Dated:  April 2, 2014


**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 2, 2014.

                                       s/Shawntel Jackson
                                       SHAWNTEL JACKSON