UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EXCLUSIVELY CATS VETERINARY
HOSPITAL, P.C.,

      Plaintiff,                                  Case Number 13-14376

v.                                               Honorable David M. Lawson

PHARMACEUTICAL CREDIT
CORPORATION and JOHN DOE
NOS. 1-10,

      Defendants.
_____/

## ORDER DENYING MOTION TO DISMISS OR TRANSFER

This matter is before the Court on the defendant's motion to dismiss or transfer. The Court has reviewed the submissions of the parties and heard oral argument on April 2, 2014. At the end of the hearing, the Court announced from the bench its decision to deny the motion.

Accordingly, it is **ORDERED** that the defendant's motion to dismiss or transfer [dkt. #13] is **DENIED** for the reasons stated on the record.

                                                            s/David M. Lawson
                                                            DAVID M. LAWSON
                                                            United States District Judge

Dated:   April 2, 2014

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 2, 2014.

                                                s/Shawntel Jackson
                                                SHAWNTEL JACKSON