UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

EXCLUSIVELY CATS VETERINARY
HOSPITAL, P.C., a Michigan
Corporation, individually and as the
Representative of a class of similarly-
situated persons,

     Plaintiffs,

v.

PHARMACEUTICAL CREDIT
CORPORATION and
JOHN DOES 1-10,

     Defendants.
_____/

Case No. 13cv14376
Hon. Judith E. Levy
Mag. Judge Elizabeth A. Stafford

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

The parties to this matter having reached agreeable terms of settlement; and the Court being otherwise fully advised in the premises, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to Plaintiff and without prejudice as to the putative class, without costs or attorney fees to any party.

IT IS SO ORDERED.

Dated: January 11, 2016
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 11, 2016.

                                              s/Felicia M. Moses
                                              FELICIA M. MOSES
                                              Case Manager

*We hereby stipulate to entry of this Order*:

| ANDERSON + WANCA | DICKINSON WRIGHT PLLC |
|---|---|
| By: /s/ Ross M. Good | By: /s/ Jason P. Klingensmith |
|     Ross M. Good |     Jason P. Klingensmith |
| Attorneys for Plaintiff | (P61687) |
| 3701 Algonquin Road, Suite 500 | Attorneys for Defendant |
| Rolling Meadows, IL 60008 | 500 Woodward Ave., Suite 4000 |
| (313) 368-1500 | Detroit, Michigan 48226-3425 |
| | (313) 223-3500 |