# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EXCLUSIVELY CATS VETERINARY
HOSPITAL, P.C., a Michigan
Corporation, individually and as the
Representative of a class of similarly-
situated persons,

Case No. 13cv14376
Hon. Judith E. Levy
Mag. Judge Elizabeth A. Stafford

   Plaintiffs,

v.

PHARMACEUTICAL CREDIT
CORPORATION and
JOHN DOES 1-10,

   Defendants.

_____/

## JUDGMENT

For the reasons stated in the ordered entered on today's date, it is ordered and adjudged that the case is dismissed with prejudice.

        DAVID J. WEAVER
        CLERK OF THE COURT

   By: s/Felicia M. Moses
      DEPUTY COURT CLERK

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE